**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Vaught et al.,

Plaintiffs,

v.

3M COMPANY,

Defendant.

Case No. 23-cv-0410

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 17, 2023, I caused Defendant 3M Company's Notice of Removal (Dkt. No. 1) and Corporate Disclosure (Dkt. No. 2) (and the notices of electronic filing) to be served via electronic means upon the following recipients:

Jason B. Wolf
Parafinczuk Wolf, P.A.
5550 Glades Road, Suite 500
Boca Raton, FL 33431

Dated: February 17, 2023

Respectfully submitted,

*s/ Benjamin W. Hulse*

Benjamin W. Hulse (MN #0390952)
Gene Hummel (MN #0398239)
NORTON ROSE FULBRIGHT
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
gene.hummel@nortonrosefulbright.com

**Counsel for Defendant 3M**